# U.S. District Court
## District of Nebraska (8 Omaha)
## CIVIL DOCKET FOR CASE #: <u>8:26−cv−00194−JFB−PRSE</u>

| | |
|---|---|
| Hernandez Lazcano et al v. Mullin et al | Date Filed: 05/04/2026 |
| Assigned to: Senior Judge Joseph F. Bataillon | Date Terminated: 05/22/2026 |
| Referred to: Pro Se Docket | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Nature of Suit: 463 Habeas Corpus: Alien Detainee |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

| | | |
|---|---|---|
| **Emmanuel Hernandez Lazcano** | represented by | **Emmanuel Hernandez Lazcano** |
| | | SPR−WORK ETHIC CAMP − MCCOOK |
| | | Inmate Mail/Parcels |
| | | 2309 North Highway 83 |
| | | McCook, NE 69001 |
| | | PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **Jennifer Lopez Cruz** | represented by | **Jennifer Lopez Cruz** |
| *Next Friend of Petitioner Emmanuel Hernandez Lazcano* | | 801 Loomis Avenue |
| | | Apt 3 |
| | | Des Moines, IA 50315 |
| | | (515) 991−9109 |
| | | PRO SE |

V.

**Respondent**

| | | |
|---|---|---|
| **Markwayne Mullin** | represented by | **Christopher L. Ferretti** |
| *in his official capacity as Secretary of Homeland Security* | | U.S. ATTORNEY'S OFFICE − OMAHA |
| | | 1620 Dodge Street |
| | | Suite 1400 |
| | | Omaha, NE 68102−1506 |
| | | (402) 661−3700 |
| | | Fax: (402) 661−3084 |
| | | Email: <u>christopher.ferretti@usdoj.gov</u> |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Eric W. Synowicki** |
| | | U.S. ATTORNEY'S OFFICE − OMAHA |
| | | 1620 Dodge Street |
| | | Suite 1400 |
| | | Omaha, NE 68102−1506 |
| | | 402−661−3700 |
| | | Email: <u>eric.synowicki@usdoj.gov</u> |
| | | *ATTORNEY TO BE NOTICED* |

**Respondent**

**Todd M. Lyons**
*in his official capacity as Senior Official
Performing the Duties of the Director of
U.S. Immigration and Customs
Enforcement*

represented by **Christopher L. Ferretti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric W. Synowicki**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Respondent**

**Denver Field Office Director,
Enforcement and Removal Operations,
U.S. Immigration and Customs
Enforcement**
*in his or her official capacity*

represented by **Christopher L. Ferretti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric W. Synowicki**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Respondent**

**Facility Administrator/Warden,
McCook ICE IGSA**
*in his or her official capacity*

represented by **Christopher L. Ferretti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**D. Mark Collins**
ATTORNEY GENERAL'S OFFICE –
NEBRASKA
1221 N Street
Suite 500
Lincoln, NE 68508
(402) 471–3549
Fax: (402) 471–4725
Email: mark.collins@nebraska.gov
*ATTORNEY TO BE NOTICED*

**Eric W. Synowicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2026 | 1 | PETITION for Writ of Habeas Corpus in the amount of $ 5, receipt number 8075065; filed on behalf of pro se petitioner's Emmanuel Hernandez Lazcano and Jennifer Lopez Cruz. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 |  | FILING FEE PAID on behalf of Petitioner Jennifer Lopez Cruz. Receipt number 8075065, in the amount of $ 5. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 2 | EMERGENCY MOTION for Temporary Restraining Order on behalf of Petitioner Jennifer Lopez Cruz. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 3 | |

| | | |
|---|---|---|
| | | EMERGENCY MOTION to Expedite (Habeas Corpus Proceedings) on behalf of Petitioner Jennifer Lopez Cruz. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 4 | MOTION FOR IMMEDIATE RELEASE (Pending Adjudication of Petition for Writ of Habeas Corpus) on behalf of Petitioner Jennifer Lopez Cruz. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 5 | EMERGENCY MOTION for Stay of Removal (with Request for Order of Return if Removed) on behalf of Petitioner Jennifer Lopez Cruz. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 6 | AFFIDAVIT of Next Friend Jennifer Lopez Cruz.(LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 7 | PROOF OF SERVICE on behalf of Petitioner Jennifer Lopez Cruz. (LKO) (Entered: 05/04/2026) |
| 05/04/2026 | 8 | NOTICE by Clerk acknowledging receipt of complaint filed by a pro se party. (Copy mailed to pro se parties). (LKO) (Entered: 05/04/2026) |
| 05/05/2026 | 9 | ORDER TO SHOW CAUSE – The Clerk of the Court shall, before docketing this order, add Assistant U.S. Attorney Christopher L. Ferretti and Assistant U.S. Attorney Eric W. Synowicki as counsel for the Respondents and shall, after doing so, regenerate the filing for the petition. The respondents shall, on or before **May 8, 2026**, make a return certifying the true cause and proper duration of the petitioner's detention and showing cause why the writ should not be granted. The respondents' answer must include: a. Such affidavits and exhibits as are necessary to establish the lawfulness of the petitioner's detention in light of the issues raised in the petition; b. A reasoned memorandum of law and fact explaining the respondents' legal position on the petitioner's claims; c.The government's position on whether an evidentiary hearing should be conducted; and d. Whether petitioner was arrested pursuant to a warrant and, if so, a copy of that warrant. The petitioner may reply in support of the petition on or before **May 13, 2026**. The respondents are enjoined from removing the petitioner from the United States and from the District of Nebraska until further order of the Court. If the petitioner has already been removed from Nebraska, the respondents are ordered to immediately return the petitioner to Nebraska.Petitioner has filed a motion for temporary restraining order asking that Respondents be ordered not to remove him from Nebraska during the pendency of this case. Filing No. 2 . He has likewise filed an emergency motion for stay of removal seeking the same relief. Filing No. 5 . Petitioner has also filed a motion seeking to have this matter expedited. Filing No. 3 .a. In light of the Court's rulings above, Filing No. 2 , Filing No. 5 , and Filing No. 3 are granted. Lastly, Petitioner has filed a motion for immediate release, Filing No. 4 . Because this is the same relief Petitioner seeks in his motion for writ of habeas corpus, Filing No. 4 is denied as duplicative. The Court will address the question of release when ruling on the merits of the motion for writ of habeas corpus.Ordered by Senior Judge Joseph F. Bataillon. (Copy mailed to pro se parties) (LKO) (Entered: 05/05/2026) |
| 05/07/2026 | 10 | NOTICE of Appearance *of Counsel* by Attorney D. Mark Collins on behalf of Defendant Facility Administrator/Warden, McCook ICE IGSA (Collins, D.) (Entered: 05/07/2026) |
| 05/07/2026 | 11 | RESPONSE regarding Order to Show Cause,,,,,,,,,,, Add and Terminate Attorneys,,,,,,,,,,, Terminate Motion and R&R Deadlines/Hearings,,,,,,,,, 9 by Attorney D. Mark Collins on behalf of Defendant Facility Administrator/Warden, McCook ICE IGSA.(Collins, D.) (Entered: 05/07/2026) |
| 05/08/2026 | 12 | |

| | | |
|---|---|---|
| | | RESPONSE *to the Petition for Writ of Habeas Corpus* by Attorney Eric W. Synowicki on behalf of Defendants Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, Markwayne Mullin.(Synowicki, Eric) (Entered: 05/08/2026) |
| 05/08/2026 | 13 | INDEX in support of Response, 12 by Attorney Eric W. Synowicki on behalf of Defendants Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, Markwayne Mullin.(Synowicki, Eric) (Entered: 05/08/2026) |
| 05/08/2026 | 14 | DECLARATION regarding Response, 12 by Attorney Eric W. Synowicki on behalf of Defendants Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, Markwayne Mullin. (Attachments: # 1 Exhibit NTA, # 2 Exhibit Warrant, # 3 Exhibit Data, # 4 Exhibit Meal log)(Synowicki, Eric) (Entered: 05/08/2026) |
| 05/08/2026 | 15 | Certificate regarding Declaration, 14 , Response, 12 , Index, 13 by Attorney Eric W. Synowicki on behalf of Defendants Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, Markwayne Mullin.(Synowicki, Eric) (Entered: 05/08/2026) |
| 05/08/2026 | 16 | RESPONSE regarding Order to Show Cause,,,,,,,,, Add and Terminate Attorneys,,,,,,,,, Terminate Motion and R&R Deadlines/Hearings,,,,,,,, 9 by Attorney D. Mark Collins on behalf of Defendant Facility Administrator/Warden, McCook ICE IGSA.(Collins, D.) (Entered: 05/08/2026) |
| 05/13/2026 | 17 | PETITIONER'S REPLY regarding Respondents' Return Response 12 on behalf of Petitioners Emmanuel Hernandez Lazcano and Jennifer Lopez Cruz. (LKO) (Entered: 05/13/2026) |
| 05/22/2026 | 18 | MEMORANDUM AND ORDER – Petitioner's Petition for Writ of Habeas Corpus, Filing No. 1 , is granted. Respondents shall release Petitioner from custody as soon as practicable, no later than 48 hours from the filing of this Order. Respondents must release Petitioner with all personal effects including identification documents and immigration documents, and without conditions such as location tracking devices. Respondents shall provide the Court with a status update concerning Petitioner's release by no later than 5:00 P.M. on May 27, 2026. Should Respondents re–detain Petitioner, they must afford him a prompt bond determination hearing.Ordered by Senior Judge Joseph F. Bataillon. Copy mailed to pro se parties. (RMR) (Entered: 05/22/2026) |
| 05/22/2026 | 19 | JUDGMENT – regarding Memorandum and Order 18 . In accordance with the Memorandum and Order issued on today's date, judgment is hereby entered in favor of Petitioner. (Attachments: # 1 Notice – Civil Appeals in Pro Se Cases) Ordered by Senior Judge Joseph F. Bataillon. Copy mailed to pro se parties. (RMR) (Entered: 05/22/2026) |
| 05/26/2026 | 20 | STATUS REPORT by Attorney Eric W. Synowicki on behalf of Defendants Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, Markwayne Mullin.(Synowicki, Eric) (Entered: 05/26/2026) |

| | | |
|---|---|---|
| 05/28/2026 | 21 | NOTICE OF APPEAL regarding Memorandum and Order,, 18 , Judgment – Pro Se, 19 by Attorney Eric W. Synowicki on behalf of Defendants Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, Markwayne Mullin. (Synowicki, Eric) (Entered: 05/28/2026) |
| 05/28/2026 | 22 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding Notice of Appeal to USCA 21 , Memorandum and Order 18 , and Judgment – Pro Se 19 . Notice of Appeal filed on 5/28/26 by Respondents Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Todd M. Lyons, and Markwayne Mullin. (LKO) (Entered: 05/28/2026) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EMMANUEL HERNANDEZ LAZCANO, and JENNIFER LOPEZ CRUZ, Next Friend of Petitioner Emmanuel Hernandez Lazcano;<br><br>Petitioners,<br><br>vs.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement;  DENVER FIELD OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his or her official capacity; and  FACILITY ADMINISTRATOR/WARDEN, MCCOOK ICE IGSA, in his or her official capacity;<br><br>Respondents. | **8:26CV194**<br><br><br>**MEMORANDUM AND ORDER** |

This matter comes before the Court on Emmanuel Hernandez Lazcano's Petition for Writ of Habeas Corpus.  Filing No. 1.  He argues he is being unlawfully held without being afforded a bond hearing before an immigration judge.  Respondents argue Petitioner is not entitled to a bond hearing.  For the reasons set forth herein, the Court grants the Petition and orders Respondents to release Petitioner.

## I.    BACKGROUND

Petitioner is a native and citizen of Mexico.  Filing No. 1 at 2.  He entered the United States without inspection in September 2023.  *Id.*  On January 1, 2026, Petitioner was arrested in Des Moines, Iowa, on domestic assault charges which have since been

1

dismissed.  *Id.* at 3.  On February 19, 2026, DHS issued a warrant for Petitioner's arrest and detained him "pursuant to INA § 235(b)(2)(A)" which requires mandatory detention for arriving aliens seeking admission.  Filing No. 14 at 4.

Petitioner seeks a writ of habeas corpus ordering Respondents to release him. Filing No. 1.

## II.    STANDARD OF REVIEW

The Constitution guarantees that the writ of habeas corpus is "available to every individual detained within the United States."  *Hamdi v. Rumsfeld*, 542 U.S. 507, 525 (2004) (citing U.S. Const., Art. I, § 9, cl. 2).  This includes immigration-related detention. *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).  The petitioner seeking habeas relief must demonstrate he is in custody in violation of the Constitution or federal law.  28 U.S.C. § 2241(c)(3); *Walker v. Johnston*, 312 U.S. 275, 286 (1941).

## III.    ANALYSIS

Respondents argue that Petitioner's detention is mandatory under 8 U.S.C. § 1225(b)(2), pointing to *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026).  In *Avila*, the Eighth Circuit Court of Appeals approved of DHS's novel interpretation of the INA to conclude that immigrants already present in the country can be treated as arriving aliens seeking admission and mandatorily detained under § 1225(b)(2)(A).  Previously, § 1225(b)(2)(A) applied only to non-citizens seeking initial entry into the country, while 8 U.S.C § 1226(a), which allows for an individual's release on bond, applied to those apprehended in the country.  Prior to the Eighth Circuit's decision, the undersigned had found DHS's interpretation of the INA to be incorrect.  *See Chavez Avila v. Bondi*, No. 8:25CV729, 2026 WL 63328, at *2 (D. Neb. Jan. 8, 2026).  Numerous district courts across the country as

May 28 2026 7

well as the Second Circuit Court of Appeals, Eleventh Circuit Court of Appeals, and Sixth Circuit Court of Appeals have agreed.  *See Barbosa da Cunha v. Freden*, No. 25-3141-PR, 2026 WL 1146044, at *2 (2d Cir. Apr. 28, 2026); *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, No. 25-14065, 2026 WL 1243395, at *1 (11th Cir. May 6, 2026); *Lopez-Campos v. Raycraft*, No. 25-1965, 2026 WL 1283891, at *1 (6th Cir. May 11, 2026). However, the Fifth Circuit Court of Appeals in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 502 (5th Cir. 2026), and the Eighth Circuit in *Avila v. Bondi* have disagreed.  The Court is bound by the Eighth Circuit's precedential ruling in *Avila*.

But the statutory-interpretation argument does not end the Court's inquiry.  The undersigned recently determined that a non-citizen's detention without the opportunity for a bond violated his due process rights under the three-part test set forth in *Mathews v. Eldridge*, 424 U.S. 319, (1976).  *Espinoza-Avalos v. Blanche*, No. 8:26CV191, 2026 WL 1396593, at *3 (D. Neb. May 19, 2026).  For the same reasons set forth in greater detail in that opinion, the undersigned concludes Respondents have violated Petitioner's due process rights in this case.  Accordingly, Petitioner must be released.  *Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("Habeas is at its core a remedy for unlawful executive detention . . . .  The typical remedy for such detention is, of course, release.").  Should Respondents choose to re-detain Petitioner, they must afford him a bond hearing.

IT IS ORDERED

1.  Petitioner's Petition for Writ of Habeas Corpus, Filing No. 1, is granted.

2.  Respondents shall release Petitioner from custody as soon as practicable, no later than 48 hours from the filing of this Order.

3. Respondents must release Petitioner with all personal effects including identification documents and immigration documents, and without conditions such as location tracking devices.

4. Respondents shall provide the Court with a status update concerning Petitioner's release by no later than **5:00 P.M. on May 27, 2026.**

5. Should Respondents re-detain Petitioner, they must afford him a prompt bond determination hearing.

Dated this 22nd day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

May 28 2026 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EMMANUEL HERNANDEZ LAZCANO, and
JENNIFER LOPEZ CRUZ, Next Friend of
Petitioner Emmanuel Hernandez Lazcano;

Petitioners,

vs.

MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland Security;
TODD M. LYONS, in his official capacity as
Senior Official Performing the Duties of the
Director of U.S. Immigration and Customs
Enforcement;  DENVER FIELD OFFICE
DIRECTOR, ENFORCEMENT AND
REMOVAL OPERATIONS, U.S.
IMMIGRATION AND CUSTOMS
ENFORCEMENT, in his or her official
capacity; and  FACILITY
ADMINISTRATOR/WARDEN, MCCOOK
ICE IGSA, in his or her official capacity;

Respondents.

**8:26CV194**

**JUDGMENT**

In accordance with the Memorandum and Order issued on today's date, judgment

is hereby entered in favor of Petitioner.

Dated this 22nd day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE District of Nebraska**
**Office of the Clerk**


**NOTICE – CIVIL APPEALS IN PRO SE CASES**

The timely filing of a notice of appeal is mandatory and jurisdictional. Except as provided elsewhere in Rule 4 of the Federal Rules of Appellate Procedure, a notice of appeal must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency of the United States is a party, the notice of appeal must be filed in the district court within 60 days of such entry. See Fed. R. App. P. 4(a).

Litigants should refer to Rule 4 for information about the circumstances under which a district court may extend the time to file a notice of appeal, when a district court may reopen the time to file an appeal, and the effect of the filing of various motions on the time limits for filing a notice of appeal. Fed. R. App. P. 4(a) and (c).

May 28 2026 11

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

EMMANUEL HERNANDEZ LAZCANO,
and JENNIFER LOPEZ CRUZ, Next Friend of
Petitioner Emmanuel Hernandez Lazcano;

                Petitioner,

      vs.

MARKWAYNE MULLIN, et al.,

                Respondents.

8:26-CV-00194

NOTICE OF APPEAL

PLEASE TAKE NOTICE that the United States of America on behalf of Markwayne Mullin; Todd M. Lyons; and Denver Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement hereby appeal to the United States Court of Appeals for the Eighth Circuit from this Court's May 22, 2026, Memorandum and Order (Filing No. 18) and Judgment (Filing No. 19).

            For the Federal Respondents.

            LESLEY A. WOODS
            United States Attorney
            District of Nebraska

By:   s/ Eric W. Synowicki
       ERIC W. SYNOWICKI, # 26403
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 661-3081
       E-mail:  eric.synowicki@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on May 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Emmanuel Hernandez Lazcano
SPR-WORK ETHIC CAMP -
MCCOOK
Inmate Mail/Parcels
2309 North Highway 83
McCook, NE 69001

Jennifer Lopez Cruz
801 Loomis Avenue
Apt 3
Des Moines, IA 50315
(515) 991-9109

<u>s/ Eric W. Synowicki</u>
Assistant U.S. Attorney

May 28 2026 13

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                          **Case Number**:

Hernandez Lazcano et al v. Mullin et al          8:26-cv-00194-JFB-PRSE

**Appellant**:

Marwayne Mullin; Todd M. Lyons; and
Denver Field Office Director, Enforcement
and Removal Operations, U.S. Immigration
and Customs Enforcement

**Attorney(s)**:

Christopher L. Ferretti
Eric W. Synowicki
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

**Appellee:**

Emmanuel Hernandez Lazcano

**Attorney(s)**:

Pro Se
SPR-WORK ETHIC CAMP - MCCOOK
Inmate Mail/Parcels
2309 North Highway 83
McCook, NE 69001

**Appellee:**

Jennifer Lopez Cruz

**Attorney(s):**

Pro Se
801 Loomis Avenue
Apt 3
Des Moines, IA 50315
(515) 991-9109

---

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 │ Fax: (402) 661-7387 │ Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 │ Fax: (402) 437-1911 │ Toll Free: (866) 220-4379

May 28 2026 14

May 28, 2026
Page 2

**Court Reporter(s)**:

| N/A |
|-----|

**Please return files and documents to**:

Omaha

**Person to contact about the appeal**:

Lindsey Olson

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   N

**Where?**    | N/A |

**Please list all other defendants in this case if there were multiple defendants**

N/A

**Special Comments**:

Respondent not named in appeal: Facility Administrator/Warden, McCook ICE IGSA