No. 26-2059

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

EMMANUEL HERNANDEZ LAZCANO; JENNIFER LOPEZ-CRUZ,

Petitioners-Appellees,

v.

MARKWAYNE MULLIN; DAVID J. VENTURELLA; DENVER FIELD
OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, U.S.
IMMIGRATION AND CUSTOMS ENFORCEMENT, in his or her official
capacity,

Respondents-Appellants,

On Appeal from the United States District Court for the District of Nebraska
No. 8:26-CV-00194-JFB (Bataillon, J.)

APPELLANTS' DESIGNATION AND STATEMENT OF ISSUE

ALLISON FRAYER
Senior Litigation Counsel
Office of Immigration Litigation

ANTHONY J. NARDI
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 880-0258
Anthony.j.nardi@usdoj.gov
Counsel for Respondent-Appellants

# DESIGNATION AND STATEMENT OF ISSUE

1. Whether the District Court erred in concluding that detention under 8 U.S.C. § 1225(b)(2)(A) without a hearing to assess flight risk or dangerousness violates the Fifth Amendment's Due Process Clause.

**List of the most apposite decisions:**

1. *DHS v. Thuraissigiam*, 591 U.S. 103 (2020);

2. *Jennings v. Rodriguez*, 583 U.S. 281 (2018);

3. *Connecticut Department of Public Safety v. Doe*, 538 U.S. 1 (2003); and

4. *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026).

Respectfully submitted,

ALLISON FRAYER
Senior Litigation Counsel

s/ *Anthony J. Nardi*
ANTHONY J. NARDI
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 880-0258
Anthony.j.nardi@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 11, 2026, I filed the foregoing with the Clerk of the Court

for the United States Court of Appeals for the Eighth Circuit by using the appellate

CM/ECF system.  Petitioner-Appellees are not registered CM/ECF users, and will

be served by U.S. Mail at the following addresses:

Emmanuel Hernandez Lazcano
WORK ETHIC CAMP
2309 N. Highway 83
McCook, NE 69001

&

Jennifer Lopez Cruz
Apartment 3
801 Loomis Avenue
Des Moines, IA 50315

/s/ Anthony J. Nardi
ANTHONY J. NARDI
Trial Attorney
U.S. Department of Justice