No. 26-2059

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

EMMANUEL HERNANDEZ LAZCANO; JENNIFER LOPEZ-CRUZ,

Petitioners-Appellees,

v.

MARKWAYNE MULLIN; DAVID J. VENTURELLA; DENVER FIELD
OFFICE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, in his or her
official capacity,

Respondents-Appellants,

On Appeal from the United States District Court for the District of
Nebraska No. 8:26-CV-00194-JFB (Bataillon, J.)

RESPONDENTS-APPELLANTS' MOTION TO HOLD APPEAL IN
ABEYANCE

ALLISON FRAYER
Senior Litigation Counsel
Office of Immigration Litigation

ANTHONY J. NARDI
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 880-0258
Anthony.j.nardi@usdoj.gov
Counsel for Respondents-Appellants

Respondents-Appellants respectfully request that the Court hold this appeal in abeyance pending the resolution of the appeal in *Morozov v. Field Office Director, et al.*, 26-2113, arising out of the United States District Court for the District of South Dakota, No. 5:26-cv-05030-RAL.  At issue in that case is whether detention under § 1225(b)(2)(A) without a hearing to assess flight risk or dangerousness violates the Fifth Amendment's Due Process Clause.  The Court should hold this case in abeyance pending this Court's resolution of the identical question in *Morozov*.  Petitioners-Appellees are proceeding pro se and counsel for Respondents-Appellants have been unable to contact them.

**Background**

Emmanuel Lazcano ("Petitioner") is an alien who entered the United States without admission.  *See Lazcano v. Mullin*, No. 8:26CV194, 2026 WL 1441700 (D. Neb. May 22, 2026).  He was detained by ICE pursuant to 8 U.S.C. § 1225 and subsequently petitioned for a writ of habeas corpus with the United States District Court for the District of Nebraska, which granted the petition, ordering Petitioner be released.  *Id.*

In granting the petition, the District Court noted that this Court's recent decision in *Avila v. Bondi*, 170 F.4th 1128 (8th Cir. 2026), answered the statutory question that aliens already present in the United States can

2

be treated as arriving aliens seeking admission and mandatorily detained under 8 U.S.C. § 1225(b)(2)(A).  However, the District Court went on to find that the statutory interpretation question was not the end of the inquiry, and that under the three-part test set forth in *Mathews v. Eldridge*, 424 U.S. 319, (1976), mandatory detention under § 1225(b)(2)(A) violated the due process clause.

After releasing Petitioner from custody, Respondents-Appellants filed a Notice of Appeal in this Court seeking review of the District Court's judgment.

## Argument

This Court should hold this appeal in abeyance pending the resolution of the appeal in *Morozov v. Field Office Director, et al.*, 26-2113, because the legal issues presented are identical and the factual differences between the Appellees are immaterial to the legal questions presented.

Holding this appeal in abeyance promotes judicial economy and preserves the resources of the Parties, given that, depending on the outcome of this Court's decision in *Morozov*, the Court may not need to hear this case at all.  Moreover, Petitioners-Appellees will not be unduly prejudiced by an abeyance because he has already secured his ultimate relief of being released from custody.  Additionally, the government has

moved to expedite the briefing and potential oral argument in *Morozov*,

which reinforces why abating the present case will not cause Petitioners-

Appellees an undue delay.

## Conclusion

The Court should hold this appeal in abeyance pending resolution of

the appeal *Morozov v. Field Office Director, et al.*, 26-2113.

Respectfully submitted,

/s/ Anthony J. Nardi
ANTHONY J. NARDI
Trial Attorney
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 880-0258
Anthony.j.nardi@usdoj.gov

Dated: June 24, 2026

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1), I hereby certify that this motion complies with the type-volume limitation provided in Rule 27(d)(2)(A) and, relying on the word processor word count feature, contains 748 words. The motion was created using Microsoft Word 2016, Georgia 14.

/s/ Anthony J. Nardi
ANTHONY J. NARDI
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that on June 24, 2026, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Petitioner-Appellees are not registered CM/ECF users, and will be served by U.S. Mail at the following addresses:

Emmanuel Hernandez Lazcano
WORK ETHIC CAMP
2309 N. Highway 83
McCook, NE 69001

&

Jennifer Lopez Cruz
Apartment 3
801 Loomis Avenue
Des Moines, IA 50315

/s/ Anthony J. Nardi
ANTHONY J. NARDI
Trial Attorney
U.S. Department of Justice